IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS and RICHARD PIOMBO, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; HEAVY AND HIGHWAY COMMITTEE; and OPERATING ENGINEERS LOCAL NO. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>    Plaintiffs,<br><br>  v.<br><br>SWEEP SYSTEMS, INC., a California Corporation; JAMES ROBERT BERMEA, and individual,<br><br>    Defendants. | No. C 14-2959 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on August 25, 2014,

IT IS HEREBY ORDERED that Plaintiffs shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for October 1, 2014 is continued to January 7, 2015.

Dated: 9/3/2014

CLAUDIA WILKEN
United States District Judge