Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SWEEP SYSTEMS, INC., et al,<br><br>    Defendants. | Case No.: C14-2959 CW<br><br>**PLAINTIFFS' REQUEST TO VACATE, OR IN THE ALTERNATIVE CONTINUE, DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT** |

TO THE COURT:

Plaintiffs respectfully request that the Court vacate, or in the alternative continue for 120 days, the date by which Plaintiffs are to file a Motion for Default Judgment, currently set as October 3, 2014. Good cause exists to vacate the Motion for Default Judgment deadline as follows:

1. Plaintiffs filed a Complaint against Defendants on June 26, 2014 to compel Defendants to report and pay contributions due to Plaintiffs' Trust Funds and to permit Plaintiffs to conduct an audit of their payroll records pursuant to their Collective Bargaining Agreement.

2. Defendants were personally served with the Complaint on July 25, 2014.

3. Plaintiffs filed a Proof of Service of Summons on Defendants on August 6, 2014.

4. Defendants failed to formally appear in this action, and Plaintiffs filed a Request for Entry of Default on August 22, 2014. On August 25, 2014, the Court entered Defendants' defaults.

-1-
**PLAINTIFFS' REQUEST TO VACATE/CONTINUE DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**
Case No.: C14-2959 CW

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to continue mdj deadline.docx

5. On September 3, 2014, the Court ordered Plaintiffs to file a Motion for Default Judgment against Defendants within 30 days.

6. While Defendants have failed to formally appear in this action, Defendants contacted Plaintiffs regarding their delinquent contributions and audit obligations and the parties are attempting to resolve this matter informally.

7. Defendants provided their delinquent contribution reports for February, March, April, and June 2014. Plaintiffs requested and are awaiting receipt of Defendants' delinquent contribution reports for May and July 2014.

8. With regard to the audit, Defendants agreed to provide the documents needed for the audit to Plaintiffs' auditors; however, the documents have not yet been received. Once the documents are received, Plaintiffs' auditors will need to review all the documents to determine if any contributions are owed for the time period from January 2010 through the present. Upon completion of the audit, Plaintiffs' auditors will issue an audit report, which Defendants will then have the opportunity to review and comment on. After the review period, a final audit report will be issued and a billing letter will be sent to Defendants if amounts are owed to Plaintiffs pursuant to the audit. The audit process described above will not be complete before the deadline given to Plaintiffs to file a Motion for Default Judgment. Thus, at this time, the amount, if any, that will be due to Plaintiffs as a result of the audit of Defendants' payroll records is unknown.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-
**PLAINTIFFS' REQUEST TO VACATE/CONTINUE DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**
**Case No.: C14-2959 CW**
C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to continue mdj deadline.docx

9. Since the parties are attempting to resolve this matter informally and, as the audit is not complete, the total amount due to Plaintiffs is unknown at this time, Plaintiffs respectfully request that the deadline for Plaintiffs to file a Motion for Default Judgment be vacated, or in the alternative continued for 120 days.

Date: September 12, 2014

**SALTZMAN & JOHNSON
LAW CORPORATION**

By: _____/S/_____
Erica J. Russell
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set deadline for Plaintiffs to file a motion for default judgment against Defendants is hereby continued to **1/22/2015**.

Date: **9/17/2014**

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

-3-
**PLAINTIFFS' REQUEST TO VACATE/CONTINUE DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT
Case No.: C14-2959 CW**
C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to continue mdj deadline.docx

<u>PROOF OF SERVICE</u>:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **September 16, 2014**, I served the following document(s) on the parties to this action in the manner described below:

**PLAINTIFFS' REQUEST TO VACATE, or in the alternative, CONTINUE DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**

<u>XX</u>      **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

| SWEEP SYSTEMS, INC. | JAMES ROBERT BERMEA |
| 215 Longview Dr. | 215 Longview Dr. |
| Morgan Hill, CA 95037 | Morgan Hill, CA 95037 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of September 2014, at San Francisco, California.

```
                              /S/
                     Alicia Rutkowski
                     Paralegal
```

-4-
**PLAINTIFFS' REQUEST TO VACATE/CONTINUE DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**
**Case No.: C14-2959 CW**
C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to continue mdj deadline.docx